JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: July 22, 2011

Check No. 2030642

Check Amount: $12,813.22

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40747-R | 00014 | DAVID W. & MARTHA A. MESSER | 7 | XXXXX1579 | 77.86 | 0.00 | 77.86 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |
| 06-40860-R | 00016 | DANIELLA A. VASILIU | 8 | XXXXX0111 | 10.81 | 0.00 | 10.81 |
| | | Original check written to: GLAMOUR SHOTS PERSONAL CHARGE ACCOUNTS P. O. BOX 1218 KINGSVILLE, TX 78364-1218 | | | | | |
| 06-40906-R | 00066 | GERALD & YOLANDA CRISTAN | 12 | XXXXX7763 | 123.41 | 0.00 | 123.41 |
| | | Original check written to: SOUTH VERIZON WIRELESS AFNI/VERIZON WIRELESS 404 BROCK DRIVE BLOOMINGTON, IL 61701-2654 | | | | | |
| 06-41117-R | 00044 | WALTER B. & DIXIE B. CRABB | 7 | XXXXX5438 | 1,331.45 | 159.21 | 1,490.66 |
| | | Original check written to: AURORA LOAN SERVICES 327 SOUTH INVERNESS DRIVE ENGLEWOOD, CO 80112 | | XXXXX3427 | | | |
| 06-41117-R | 00054 | WALTER B. & DIXIE B. CRABB | 11 | XXXXXIDED | 201.71 | 0.00 | 201.71 |
| | | Original check written to: COMERICA BANK C/O VIAL, HAMILTON, KOCH & KNOX 1700 PACIFIC AVE, SUITE 2800 DALLAS, TX 75201 | | | | | |
| 06-41524-R | 00017 | ROBERT DALE & CAROL CHRISTINE OWEN | 5 | XXXXX6978 | 595.61 | 0.00 | 595.61 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: July 22, 2011

Check No. 2030642

Check Amount: $12,813.22

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-41815-R | 00017 | SHANNON T. & CHARA D. GOTCHER | 7 | XXXXX0396 | 1,653.34 | 0.00 | 1,653.34 |
| | | Original check written to: CARNOHAN LAW OFFICE 401 CYPRESS STREET ABILENE, TX 79601 | | | | | |
| 06-42273-R | 00003 | CHRISTOPHER S. DAVIS | 2 | XXXXX0125 | 73.78 | 7.93 | 81.71 |
| | | Original check written to: WELLS FARGO FINANCIAL TEXAS 4137 121ST STREET URBANDALE, IA 50323-2310 | | | | | |
| 06-50057-R | 00028 | MICHAEL CHRIS & DANA LYNN DAVIS | 6 | XXXXX0959 | 33.49 | 0.00 | 33.49 |
| | | Original check written to: SECURITY FINANCE CENTRAL BANKRUPTCY 652 BUSH RIVER ROAD #206 COLUMBIA, SC 29210-7537 | | | | | |
| 07-42554-R | 00024 | JANNETTA S. WELLS | 3 | XXXXX6997 | 8.89 | 0.00 | 8.89 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |
| 07-50259-R | 00027 | TAMIE W. ELLIOTT | 4 | 0982 | 193.75 | 47.74 | 241.49 |
| | | Original check written to: CITIFINANCIAL BANKRUPTCY REMITTANCE P. O. BOX 70919 CHARLOTTE, NC 28272-0919 | | | | | |
| 09-40987-R | 00038 | JOHN JOSEPH CHILDRESS, II | 12 | 1003 | 104.04 | 0.00 | 104.04 |
| | | Original check written to: AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP P. O. BOX 3001 MALVERN, PA 19355-0701 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: July 22, 2011

Check No. 2030642

Check Amount: $12,813.22

NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 10-43689-R | 00047 | JAN ZABCIK | 14 | 6579 | 526.31 | 0.00 | 526.31 |
| | | Original check written to: <br> JPMORGAN CHASE BANK, NA <br> MAIL CODE: OH4-7133 <br> P. O. BOX 182349 <br> COLUMBUS, OH 80084-8938 | | | | | |
| 10-50248-R | 00019 | LAWANDA G. GOODIN | | XXXXX1573 | 60.00 | 0.00 | 60.00 |
| | | Original check written to: <br> LANES AUTO <br> 3600 MARSHALL AVE <br> LONGVIEW, TX 75604 | | | | | |
| | | | **TOTALS** | | **$4,994.45** | **$214.88** | **$5,209.33** |